COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| DENNIS SAIENNI, | § | No. 08-19-00051-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 383rd District Court |
| | § | |
| SANDY JOHNSTON, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2016DCM5159) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MARCH, 2019.


GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.